IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Criminal Case No. 1:09-cr-00147-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. YVETTE MARIE FRANSUA,

    Defendant.

## ORDER CONCERNING DISCLOSURE OF GRAND JURY MATERIALS

    This matter is before the Court on the "Government's Motion To Disclose Matters Occurring Before Grand Jury" [#14] filed May 5, 2009.  After consideration of the motion, it is ORDERED as follows:

    1.  The "Government's Motion To Disclose Matters Occurring Before Grand Jury" [#14] filed May 5, 2009, is granted.

    2.  Pursuant to Fed.R.Crim.P. 6(e)(3)(E)(i), the government may disclose the following grand jury materials to defense counsel: (1) the transcripts of the testimony of the witnesses who testified before the grand jury and provided the evidence that resulted in the Indictment in this case, and (2) any exhibits that were used during that testimony.

    3.  To protect jury secrecy, defense counsel shall make only such copies as are necessary to prepare a defense of this criminal case.  Defense counsel shall keep a written record concerning how many copies were made, to whom those copies were

delivered and the dates of delivery.  Defense counsel shall also deliver a copy of this order with the materials.  <u>No person other than defense counsel shall make any copy of these materials for any purpose whatsoever</u>.  At the conclusion of the case in this Court, by entry of the Court's judgment, counsel within ten days shall collect all such copies and return them to the Government.

      4.  Copies of grand jury materials may be used only in connection with this criminal proceeding, and any further dissemination or use is prohibited.

      Dated at Denver, Colorado, May 5, 2009.

                              BY THE COURT:

                              *Bob Blackburn*
                              Robert E. Blackburn
                              United States District Judge