**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00147-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  YVETTE MARIE FRANSUA,

    Defendant.

---

### MINUTE ORDER[1]

---

    The court has been advised by the parties that the defendant has been arrested by the Denver Police and will not be available for the sentencing hearing set for Thursday, September 3, 2009.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the sentencing hearing previously set for September 3, 2009, is **VACATED** and is **CONTINUED** to **September 14, 2009**, at 9:00 a.m.;

    2.  That the government shall assist in preparing a writ for this defendant to appear at the hearing now set for September 14, 2009; and

    3.  That the U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated:  September 2, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.