IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00147-REB

United States of America,

       Plaintiff,

v.

1.    YVETTE MARIE FRANSUA,

       Defendant.

## ORDER TO ISSUE WRIT OF HABEAS CORPUS AD PROSEQUENDUM

THE COURT has reviewed the Government's Petition for a Writ of Habeas Corpus Ad Prosequendum pertaining to the above-named defendant for an initial appearance hearing before the United States District Court for the District of Colorado, forthwith. The Court is familiar with the file in this case.

Being now informed in the premises, the Court hereby orders the Clerk of the United States District Court to issue such a Writ directing the United States Marshal and any other officer in whose custody the defendant may be held to bring the body of Yvette Marie Fransua, (Booking No. 1646243), now confined in the Denver County Jail, 10500 Smith Road, Denver, Colorado, before the Honorable Robert E. Blackburn, United States District Judge, sitting at Denver, Colorado, on the 14th day of September, 2009 at 9:00 a.m., and from day to day thereafter, for a Sentencing Hearing in the United States District Court for the District of Colorado in the above-entitled and pending cause; and to hold the said defendant at all times in custody as an agent of the

United States of America; that immediately after the conclusion of the proceedings described in the above-entitled cause in the United States District Court for the District of Colorado, the United States Marshal and any other officer in whose custody the defendant is held shall return the defendant to the institution where she was confined, under safe and secure conduct, and have then and there this Writ.

DATED at Denver, Colorado, this _3rd_ day of _September_, 2009.

BY THE COURT:

_____
~~ROBERT E. BLACKBURN~~ KRISTEN L. MIX
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO