**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00147-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  YVETTE MARIE FRANSUA,

    Defendant.

---

**MINUTE ORDER**[1]

---

Due to an error in the issuance of a writ of habeas corpus ad prosequendum, the sentencing hearing set for Monday, September 14, 2009, is **VACATED** and is **CONTINUED** to Tuesday, **September 15, 2009**, at 10:00 a.m.  The U.S. Marshal shall assist in securing the defendant's appearance for this hearing.

    Dated:  September 14, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.