PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. YVETTE MARIE FRANSUA         Docket Number: 09-cr-00147-REB-01

**Supplemental Petition for Issuance of Warrant Due to Violations of Supervised Release**

COMES NOW, Sergio Garza, probation officer of the Court, presenting an official report upon the conduct and attitude of Yvette Marie Fransua who was placed on supervision by the Honorable Robert E. Blackburn sitting in the Court at Denver, Colorado, on the 15th day of September, 2009, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a program of testing and/or treatment for drug and alcohol abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

2. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the original violation petition [Document 35], docketed September 16, 2013, which requested the issuance of a warrant due to violations of supervised release, be supplemented to include an additional violation of supervised release.

ORDER OF THE COURT

Considered and ordered this 18th day of February, 2014, and ordered filed and made a part of the record in the above case.

**s/ Robert E. Blackburn**

Robert E. Blackburn
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

*s/Sergio Garza*

Sergio Garza
U.S. Probation Officer

Place:  Denver, Colorado
Date:   February 14, 2014

## **ATTACHMENT**

The defendant has committed the following additional violation of supervised release:

**7.      POSSESSION AND USE OF A CONTROLLED SUBSTANCE:**

On or about January 13, 2014, the defendant used or administered a controlled substance, cocaine, that had not been prescribed to her by a physician, which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On January 12, 2014, the defendant failed to return to Independence House, residential reentry center (RRC), at her scheduled time of 2300 hours, and was placed on absconder status at 2320 hours.  The defendant returned the RRC on January 13, 2014, at 0156 hours, at which time, she was required to submit an urinalysis, which tested positive for cocaine.  On January 23, 2014, I confronted the defendant about the positive test and she admitted to having failed to return to the RRC during her scheduled time and using "two lines" of cocaine and drinking one 12-ounce can of beer with her ex-husband, David Sisneros.  She reported that her two young sons were home at the time she used cocaine.